AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br>ROBERT LEE GOODWILL, JR.<br><br>*Defendant(s)* | Case No. 5:20-mj-164 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 7, 2020** in the county of **Pennington** in the District of **South Dakota**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a) & 1594(a) | Attempted Commercial Sex Trafficking of a Minor |

The complaint is based on the facts set forth in the attached affidavit. The offense is described as follows:

The defendant, Robert Lee Goodwill, Jr., did knowingly, in and affecting interstate commerce, attempt to recruit, entice, obtain, patronize, and solicit a person knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and that the person would be caused to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI SPECIAL AGENT MICHELLE POHLEN
*Printed name and title*

Sworn to before me and: [ ] signed in my presence.
☑ Submitted, attested to and acknowledged by reliable electronic means.

Date: **Aug 9, 2020**

_____
*Judge's signature*

Daneta Wollmann
*Printed name and title*

City and state: **Rapid City, SD**