UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:20-mj-164 |
| Plaintiff, | |
| v. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| ROBERT LEE GOODWILL, JR., | |
| Defendant. | |

(STATE OF SOUTH DAKOTA)
(                                         ) ss
(COUNTY OF PENNINGTON)

I, Michelle Pohlen, Special Agent with Homeland Security Investigations (HSI), and currently assigned to the Rapid City, South Dakota Resident Agent in Charge (RAC) Office, being duly sworn, states as follows:

1. I have been a Special Agent (SA) with HSI since March 2019. In 2019, I completed the Homeland Security Investigations Special Agent Training (HSISAT) and Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. Since then, I have received specialized training in advanced child exploitation investigations and advanced victim identification. I have been working with the South Dakota Internet Crimes Against Children (ICAC) Task Force since October 2019. Prior to becoming a Special Agent, I was employed as a Federal Air Marshal with the Federal Air Marshal Service (FAMS) for two and a half years. Prior to FAMS, I served as a Police Officer with the Savannah Chatham Metropolitan Police

Department (SCMPD) in Savannah, Georgia for one and a half years. I received a Bachelor of Arts degree in Law Enforcement in 2014.

2. During my law enforcement career I have become familiar with the *modus operandi* of persons involved in attempted commercial sex trafficking of a minor, in violation of federal law. Based on my experience and training, I am knowledgeable of the various means utilized by individuals who illegally attempt to meet with children in order to engage in criminal sex acts.

3. The information set forth below is based upon my knowledge of an investigation conducted by the South Dakota Internet Crimes Against Children Taskforce (ICAC) and the investigation of other law enforcement agents and officers including, but not limited to, South Dakota Division of Criminal Investigation (DCI), Homeland Security Investigations (HSI), the Rapid City Police Department, and the Pennington County Sheriff's Office. I have not included every fact obtained pursuant to this investigation, but have set forth those facts that I believe are essential to establish the necessary probable cause for the criminal complaint. I have not omitted any material fact relevant to the consideration of probable cause for a criminal complaint against the above named defendant.

4. I have been informed that 18 U.S.C. §§ 1591(a) and 1594(a) make it a crime for a person to knowingly attempt to engage in a commercial sex act with a person who has not attained the age of 18. Your affiant respectfully submits that there is probable cause to believe that Robert Lee Goodwill Jr., committed

2

the crime of attempted commercial sex trafficking of a minor in violation of 18 U.S.C. §§ 1591(a) and 1594(a).

5. On August 07, 2020, at approximately 11:00 p.m., Homeland Security Investigations (HSI) Rapid City and the South Dakota Internet Crimes Against Children (ICAC) Task Force arrested Robert Lee GOODWILL, a United States citizen, for violation of 18 USC § 1591, Attempted Sex Trafficking of a Minor. GOODWILL does not hold a position of trust and was arrested after soliciting and attempting to meet a 15 year old minor child whom he was going to pay $100.00 in exchange for sex. This investigation was initiated during a joint undercover child exploitation/ human trafficking operation coinciding with the 80th annual Sturgis Motorcycle Rally being held in Sturgis, SD and the surrounding Black Hills area.

6. On August 7, 2020, at approximately 8:27 PM, via SKOUT a subject using SKOUT screen name "Jacobi" initiated a conversation with the reporting agent. Skout operates solely on the internet and is therefore in and affecting interstate and foreign commerce. Below is a brief summary of the conversation.

- "Jacobi" asked the reporting agent, "Jwing what u on here for? Money relationship fk buddy sugar daddy?" The reporting agent stated, "Fun and meeting people u?" "Jacobi" replied, "Fun like fking lol or drinking or riding around music cuddles and movies lol talk to me."

3

- The reporting agent asked, "U got kik?" "Jacobi" replied, "Nope u want money or no?" The reporting agent stated, "I'd definitely take a donation."

- Later in the conversation, the reporting agent provided a cellular telephone number to "Jacobi." The reporting agent advised "Jacobi" to text "her" if he wanted.

- Based on the training and experience of the reporting agent, the reporting agent knows that individuals utilizing the application SKOUT will report individuals for policy violations, to include age, resulting in evidence being deleted and/or lost.

7. Below contains a brief summary of the text communication between "Jacobi" and the reporting agent:

- After some initial conversation, Jacobi asked the reporting agent, "Hahahha soooo? Wtm" The reporting agent replied, "Depends on what you want?" "Jacobi" stated, "Omg tell me what u want so I can tell u if that's what I want or not." The reporting agent said, "Shit …just forget it. I ain't playing games and wasting my time." Jacobi responded, "Omfg ur so (emojis depicting laughing face with tears) im trynna fk ur fine ass and im trynna chill and cuddle. So u down or nah? Shdd I got whatever u need." The reporting agent responded, Hell yeah! If you don't freak out that I'm 15 years old…some guys freak out when I tell them. I'm trying to get a new phone and shit."

- During the conversation, "Jacobi" requested numerous photographs of the reporting agent. "Jacobi" made the following two statements regarding photographs:
- "So I needa know how u really look of course im not fking someone I don't know how they look so send me a pic on here or what sur snap and txt faster if u trynna do this.
- "Um I literally wanna know who im fking like it's a pic of ur face not ur body. Like I was gonna help u get a phone."
- The reporting agent and "Jacobi" had conversations regarding a meeting place, the reporting agent's age, money, as well as other conversations. Below contains a few of these conversations:
- "Jacobi" stated, "Money not the issue u coming here or im pick u up? The reporting agent responded, "Picking me up please, I'd like to get at least $100."
- "Jacobi" asked, "Ur 18 right yes? Ok ima come if so." The reporting agent replied, "What? You playing games? No, I'm 15 years old…silly. Lol Please don't forget the condoms."
- "Jacobi" stated, "What??? Are ur parents not even worried about u that's not safe at all. But ill pick u up we prolly wont fk but ill hear u out and help u get a lil money for ur phone."
- "Jacobi" stated, "Bruh are u coming or not I swear on everything if u don't answer yes or no in the next text message im blocking u leaving

5

and u not getting anything I have moey money not an issue with me this ur last chance quit asking about money youll get it are u coming or no. I didn't drive here for noin." The reporting agent replied, "Bye I guess." "Jacobi, responded, "Bruh ill do $140 yess or no like I drove here bruhh. ?" ("Jacobi" also sent a video showing U.S. currency being placed on what appears to be a bed. "Jacobi" also attempted to telephonically contact the reporting agent.) The reporting agent said, "I don't belive you…you changed our deal and that looks like a bed." "Jacobi" responded, "Look nothing changed same thing we said was happening and im giving u $140 so are u willing to come or no lucy?....before it gets too late." The reporting agent replied, "are we going to fuck? I cant figure out what we re doing. No games!" "Jacobi" advised, "Yes if u want to we will so can u come or no ?"

8. On August 7, 2020, "she" told GOODWILL to drive to the Stevens High School tennis courts in order to meet. GOODWILL stated he wanted to meet at the church at the top of the hill near the school. At approximately 10:50 P.M., law enforcement agents observed GOODWILL in his vehicle at the church and was subsequently arrested by HSI Rapid City, SD. In his vehicle, agents located two phones, including one with SA Propes' undercover phone number visible on the notification banner. He only had $1.

9. GOODWILL was transported to HSI Rapid City for processing and interview. Det. Elliott Harding and HSI SA Michelle Pohlen interviewed GOODWILL and he confirmed he communicated with "Lucy" and that he knew she told him that she was 15-years-old. He denied he would have had sex with her and would have confirmed her age.

10. During the same time he was communicating with SA Propes, he was also communicating with Det. Harding via Plenty of Fish. Plenty of Fish is an online dating application, often used for sexual hook-ups. During that communication, Det. Harding was posing as a 13-year-old female. After being told she was 13, GOODWILL continued to pursue the minor. The communications were interrupted by his arrest. In his interview, he also admitted communicating that day with persons on Plenty of Fish.

## REQUEST FOR SEALING OF MATTER

11. I request that the Court order sealing this case until August 16, 2020, or until further order of the Court. The documents filed in the case discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation. Accordingly, there is good cause to seal the matter because premature disclosure of the case material may give targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize

the investigation. In addition, public disclosure could pose a danger to members of law enforcement participating in the ongoing operation.

## CONCLUSION

12. Your affiant submits that there is probable cause to believe that Robert Lee Goodwill, Jr., committed a violation of 18 U.S.C. §§ 1591(a) and 1594(a), Attempted Commercial Sex Trafficking of a minor.

Wherefore, I request the issuance of a criminal complaint for the arrest of Robert Lee Goodwill, Jr.

Dated: 08-09-2020

Special Agent Michelle Pohlen
Homeland Security Investigations

SUBSCRIBED and SWORN to

___ in my presence
_X_ by reliable electronic means

this __9th__ day of August, 2020.

DANETA WOLLMANN
U.S. MAGISTRATE JUDGE

8